EDUCATIONAL ALLIANCE et al., Respondents, v. ROBERT L. WAGNER, as Mayor of the City of New York, et al., Appellants.

Concur —
Eager, J. P., Steuer, Capozzoli, Rabin and McGivern, JJ.